**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:14-CV-01961-APG-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| KAREN MARQUARDT, | |
| Defendant. | |

In light of the parties' notice of settlement (Dkt. #31),

IT IS ORDERED that all pending motions are denied without prejudice as moot.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss or a status report on or before September 24, 2015.

DATED this 11th day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE