ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
           allison.schmidt@akerman.com

GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER, & JOHNSON CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:  (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorneys for Nationstar Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>      Plaintiff<br><br>vs.<br><br>KAREN MARQUARDT; DOES I-X; and ROES I-X Corporations,<br><br>      Defendants. | Case No.: 2:14-cv-01961-APG-CWH<br><br>**JOINT STATUS REPORT**<br><br>**AND**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISMISSAL PAPERS** |

This court's order of August 11, 2015 [ECF No. 32] requires the parties to file a joint status report, or a stipulation and order for dismissal, by no later than September 24, 2015.  The parties submitted a joint status report, explaining they required additional time to finalize the settlement. The parties also requested up to October 8, 2015 to file dismissal papers.

As of today's date, the parties are not ready to file dismissal papers.  They have exchanged drafts of settlement agreements, but need to resolve a small number of issues.  The parties therefore

request that the court extend the deadline to file a stipulation and order for dismissal by an additional two weeks, making it due on October 22, 2015.

DATED this 8th day of October, 2015.

| **AKERMAN LLP** | **CONNOGHAN\|NEWBERRY** |
|---|---|
| /s/ *Ariel Stern* | /s/ *Paul Conneghan* |
| ARIEL E. STERN, ESQ. | PAUL R. CONNEGHAN, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 3229 |
| ALLISON R. SCHMIDT, ESQ. | TARA D. NEWBERRY, ESQ. |
| Nevada Bar No. 10743 | Nevada Bar No. 10696 |
| 1160 Town Center Drive, Suite 330 | 7854 West Sahara Avenue |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89117 |

**KRAVITZ, SCHNITZER, & JOHNSON CHTD**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorneys for Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

Dated: October 8, 2015.

_____
United States District Judge

{36352660;1}                                    2