**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| NATIONSTAR MORTGAGE, LLC, | Case No. 2:14-CV-01961-APG-CWH |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| KAREN MARQUARDT, | |
| Defendant. | |

In light of the parties' status report (Dkt. #36),

IT IS ORDERED that the parties shall file a stipulation to dismiss or a status report on or before October 22, 2015.

DATED this 9th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE