UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KAREN MARQUARDT,<br><br>　　　　　Defendant. | Case No. 2:14-CV-01961-APG-CWH<br><br>**ORDER** |

  I previously ordered the parties to file a stipulation to dismiss or a status report on or before October 22, 2015.  Nothing was filed.

  IT IS ORDERED that the parties shall a stipulation to dismiss or a status report on or before November 4, 2015.

  DATED this 27th day of October, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE